IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY M. GEREB, 97214-180, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:11-CV-3418-M |
| ) | |
| UNITED STATES ATTORNEY GENERAL, ) | |
| ET AL, ) | |
| Defendants. ) | |

## ORDER ACCEPTING SUPPLEMENTAL FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made supplemental Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections on August 16, 2012, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court accepts the supplemental Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22nd day of August, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS